1036

[No. 22523-2-III. Division Three. March 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON R. WALTER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00211-8, John M. Antosz, J., entered September 30, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22538-1-III. Division Three. March 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. C.G., *Appellant*.

Appeal from judgments of the Superior Court for Okanogan County, No. 03-8-00193-1, David S. Edwards and Gretchen V. Wallace, JJ. Pro Tem., entered October 15 and November 5, 2003. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 22761-8-III. Division Three. March 22, 2005.]

STEPHEN K. EUGSTER, *Appellant*, v. THE CITY OF SPOKANE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-00189-7, Salvatore F. Cozza, J., entered February 13, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J. Now published at 128 Wn. App. 1.

[No. 22770-7-III. Division Three. March 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ARNIE MCJUNKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 03-1-00105-2, David Frazier, J., entered February 6, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.